**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RAMON PIERRE VINCENT, | : | Civil No. 3:26-cv-809 |
| | : | |
| Petitioner | : | (Judge Mariani) |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this ___31st___ day of March, 2026, upon preliminary consideration of the petition for writ of habeas corpus pursuant 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.   The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** without prejudice.  (Doc. 1).

2.   The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge